**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01463-CV

**CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH AND CREDIT SUISSE SECURITIES (USA) LLC, Appellants**

**V.**

**CLAYMORE HOLDINGS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07858-G**

## ORDER

We **GRANT** nonresident attorney H. Christopher Bartolomucci's December 15, 2015 unopposed motion requesting permission to participate pro hac vice. Mr. Bartolomucci shall be allowed to participate in the proceedings in this cause, including oral argument.

/s/     CRAIG STODDART
        JUSTICE